**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
John McIntosh, WSBA# 43113
Phone: 425-247-2092
Fax: 425-623-1853
jmcintosh@rcolegal.com

Honorable Judge Timothy W Dore
Hearing Location: Seattle, Courtroom 8106
Hearing Date: April 29, 2016
Hearing Time: 9:30 am
Response Date: April 22, 2016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| IN RE: <br><br>DEBORAH S NARINE <br><br>Debtor. | **CHAPTER 7 BANKRUPTCY** <br><br>**NO.: 16-10264-TWD** <br><br>*AMENDED PROPOSED* **ORDER GRANTING IN-REM RELIEF FROM STAY TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2005-11AR, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11AR** |
|---|---|

This matter came before the Court upon Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-11AR, Mortgage Pass-Through

Amended Proposed Order Granting In-Rem
Relief From Stay
Page 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Certificates, Series 2005-11AR ("Creditor")'s motion for in-rem relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Creditor's motion and further as to the property located at 1507 Western Avenue #R403, Seattle, WA 98101 ("Property") and legally described as set forth in the Deed of Trust attached to the declaration on file with the court.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Creditor, so that it may pursue any and all contractual and statutory remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Creditor's motion. Creditor, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. It is also ordered that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

IT IS FURTHER ORDERED that this Order shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of such order by the court, except that a debtor in a subsequent case under this title may move for

Amended Proposed Order Granting In-Rem
Relief From Stay
Page 2

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 16-10264-TWD    Doc 25-2    Filed 03/29/16    Ent. 03/29/16 16:06:07    Pg. 2 of 3

relief from such this Order based upon changed circumstances or for good cause shown, after notice and a hearing.

/ / / End of Order / / /

Presented By:
**RCO LEGAL, P.S.**

By: _____
    John McIntosh, WSBA # 43113
    Attorney for Creditor

Amended Proposed Order Granting In-Rem
Relief From Stay
Page 3

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 16-10264-TWD    Doc 25-2    Filed 03/29/16    Ent. 03/29/16 16:06:07    Pg. 3 of 3