TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Deborah S Narine,

Debtor.

Case No. 16-10264-TWD

**ORDER CONVERTING CASE TO CHAPTER 13**

THIS MATTER came before the Court on the Debtor's motion to convert this Chapter 7 case to a Chapter 13 case [Docket No. 33] ("Motion"). The Court has considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in this case, and the oral argument at the hearing. At the conclusion of the April 29, 2016 hearing on the Motion, the Court gave

ORDER CONVERTING CASE TO CHAPTER 13 - 1

an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1. This case is converted to a Chapter 13 case.

2. The Debtor must file a chapter 13 plan ("Plan") by May 6, 2016.

3. The Chapter 13 Trustee may immediately (pre-confirmation) begin making post-petition regular monthly secured debt payments to Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-11AR, Mortgage Pass-Through Certificates, Series 2005-11AR, its successors and assigns, and The Fix Building Homeowners Association once these entities file a proof(s) of claim (regarding the real property at 1507 Western Avenue Nos. R402 and R403, Seattle Washington, 98101).

4. The Debtor must make her full Plan payment by the last day of each month, starting with the payment on May 31, 2016.

/// End of Order ///